UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ALFRED MICHAEL SAARIO,

        Petitioner,

v.

BRYAN MORRISON,

        Respondent.
_____/

Case No. 1:21-cv-780

Honorable Paul L. Maloney

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  October 7, 2021          /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                               United States District Judge