UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALFRED MICHAEL SAARIO,

        Petitioner,                      Case No. 1:21-cv-780

v.                                            Honorable Paul L. Maloney

BRYAN MORRISON,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  October 7, 2021                        /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge